## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DENNY DODSON, Individually and for Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | NO.  CIV-20-0394-HE |
| | ) | |
| CIMAREX ENERGY, CO., | ) ) | |
| Defendant. | ) | |

## ORDER

Defendant's unopposed motion for leave to file settlement agreement under seal and redact motion to approve settlement [Doc. #50] is **GRANTED** as follows:  1) defendant is authorized to file the settlement agreement under seal, and a redacted version of the motion to approve may be filed in the public file.

**IT IS SO ORDERED.**

Dated this 29th day of November, 2021.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE